ELSTON and Others *v.* DRAKE.—In error.

Thursday,
May 27.

AFTER the dismissal of a suit in chancery, the Court gave the complainant leave to amend the bill, and the cause was continued. *Held,* that the proceeding subsequent to the dismissal of the suit was a nullity.

If a defendant in chancery, after the execution of process, do not demur, plead, or answer in time, the bill may be taken as confessed against him.